UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CR-86-1M
NO. 7:21-CR-86-2M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL INFORMATION** |
| | ) | |
| TIMOTHY BELCHER | ) | |
| GEORGINA BELCHER | ) | |

The United States charges that:

On or about May 1, 2020, in the Eastern District of North Carolina and elsewhere, the defendants, TIMOTHY BELCHER and GEORGINA BELCHER, did knowingly and in reckless disregard of the fact that an alien, had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, and attempt to transport and move said alien within the United States in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

G. NORMAN ACKER, III
Acting United States Attorney


BY: GABRIEL J. DIAZ
Assistant United States Attorney